RECEIVED
MAY 20 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Brian Perron

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Westmont(Municipality)

City of Claredon Hills(Municipality)

County of Dupage(Municipality)

Joseph Birkitt(Official Cap.)

Patricia Smallwood(Personal Cap.)

Ted Jenkins(Personal Cap.)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV2916
JUDGE ST.EVE
MAG.JUDGE ASHMAN

Case No: _____
(To be supplied by the Clerk of this Court)

Helen Kapas(Personal Cap.)

CHECK ONE ONLY:

XXX     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

   A. Name: <u>Brian Jay Perron</u>

   B. List all aliases: _____

   C. Prisoner identification number: <u>167203</u>

   D. Place of present confinement: <u>Dupage Co. Jail</u>

   E. Address: <u>501 N. County Farm Rd., Wheaton, Il 60187</u>

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: <u>Helen Kapas (Personal Cap)</u>

      Title: <u>Assistance State's Attorney</u>

      Place of Employment: <u>Dupage Co. State's Attorney Office</u>

   B. Defendant: <u>Det. Smallwood (Personal Cap)</u>

      Title: <u>Detective of Westmont Police Dept</u>

      Place of Employment: <u>Westmont Police Dept (Official Cap)</u>

   C. Defendant: <u>City of Westmont, Il (Official Cap)</u>

      Title: <u>Municipality</u>

      Place of Employment: <u>N/A</u>

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.  **Plaintiff(s):**

   A.  Name: ___XXX___

   B.  List all aliases: ___XXX___

   C.  Prisoner identification number: ___XXX___

   D.  Place of present confinement: ___XXX___

   E.  Address: ___XXX___

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: ___Det Jenkins (Personal Cap)___

       Title: ___Detective of Clarendon Hills Police Dept___

       Place of Employment: ___Clarendon Hills Police Dept___

   B.  Defendant: ___City of Clarendon Hills, Il (Official Cap)___

       Title: ___Municipality___

       Place of Employment: ___N/A___

   C.  Defendant: ___County of Dupage (Official Cap)___

       Title: ___Municipality___

       Place of Employment: ___N/A___

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.  **Plaintiff(s):**

    A. Name: XXX

    B. List all aliases: XXX

    C. Prisoner identification number: XXX

    D. Place of present confinement: XXX

    E. Address: XXX

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Joseph Birkitt (Official Cap.)

    Title: Dupage Co. State's Attorney

    Place of Employment: Dupage Co. State's Attorney Office

    B. Defendant: XXX

    Title: XXX

    Place of Employment: XXX

    C. Defendant: XXX

    Title: XXX

    Place of Employment: XXX

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Perron V Lyons; 07CH2200

B. Approximate date of filing lawsuit: Aug. 31, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Brian Perron

D. List all defendants: David Lyons

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Dupage Co. Court

F. Name of judge to whom case was assigned: Judge Popejoy

G. Basic claim made: Fraudulent statement to judge regarding legal material

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for past Statue of Limitation

I. Approximate date of disposition: Jan. 4, 2008

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Perron V Sgt. Mateer, et al., 08C1735

B. Approximate date of filing lawsuit: March 25th, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: Sgt. Mateer, Dep. Hannon, Chief Lavery

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US Dist., Northern Dist.

F. Name of judge to whom case was assigned: Magistrate Judge Keys

G. Basic claim made: Police Brutality

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

Statement of Claim

On March 15th,2005 and before and after that, defendant, City of Claradon Hills, was and is a municipal corp., duly organized and existing under Illinois law, and as a municipal corp. maintained a Police Dept. for the protection of the citizens of the City of Claradon Hills. Defendant, Ted Jenkins was a member of that police department.

On the above date, defendant, Ted Jenkins, the police officer, under color of law, and without provocation, probable cause or jurisdiction over the person, plaintiff resided in Naperville, IL., or subject matter, alleged crime was committed in Westmont, IL., put together a picture lineup including plaintiff, went to PC King in Westmont, IL, location of alleged crime, showed lineup to store owner to identify person that purchased a computer from PC King on March 5th,2005, with a check that was returned NSF on March 9th,2005, from plaintiff's bank. Det. Ted Jenkins then proceeded to collect the security tape, receipt, and check used to purchase the computer and delivered all said items to Westmont PD. On March 10th, 2005 or close to date, Westmont PD told the owner of PC King he would have to deposit the check a second time to constitute a crime per statue.

On May 13th,2005, and before and after that, defendant, City of Westmont, was and is a municipal corp., duly organized and existing under Illinois law, and as a municipal corp. maintained a police dept. for the protection of the citizens of the City of Westmont. Defendant, Patricia Smallwood was a member of that police dept.

On the above date, defendant Patricia Smallwood, police officier, acting on behalf of the municipality, negligently, under color of law, and without provocation or probable cause, obtained an arrest warrant which plaintiff was further detained for a long period of time against his will and contrary to Illinois law.and deprived of his liberty.

On the above date, and before and after that, defendant, County of Dupage, was and is a municipal corp., duly organized and existing under Illinois law, and as a municipal corp. maintained a State's Attorney's Office for the prosecution of the counties alleged criminals for the citizens of County of Dupage. Helen Kapas was a member of that State's Attorney's Office.

On the above date, defendant, Helen Kapas, the ASA, acting on behalf of the municipality, negligently, under color of law, and without provocation or probable cause, proceeded to prosecute plaintiff for Deceptive Practice after becoming aware that plaintiff was arrested without probable cause, since check was not deposited the second time as required by statue, 720 ILCS 5/17-1 and depositing the check the second time and trying to pass off that this was done previous to arrest. ASA Kapas supplied discovery to the plaintiff with only one date stamped NSF on the front of the check, but with both dates on the back, since dates on the back were printed over each other making it unreadable. Defendant, Patricia Smallwood, falsified her report to reflect the fraudulent date. Defendant, Patricia Smallwood's supervisor did not approve her report for 2 1/2 months due to the fact that a crime was not committed per statue. This 2 1/2 months extended past the arrest date of the plaintiff.

Approx. 15 days after plaintiff's arrest, the Dupage Co. State's Atorney Office had possession of the plaintiff's check, and a representative of said office, took the check and deposited it the second time to constitute a crime per statue, in violation of plaintiff's Const. Rights to be free from seizure unless there is a showing of probable cause.

Plaintiff was not guilty of any criminal offense, and defendants, and each of them, did not, at the time of causing plaintiff's arrest, or at any other time, have any probable cause or reasonable cause to believe plaintiff was guilty of any criminal offense.

As a direct and proximate result of said accusation, arrest, and imprisonment and prosecution, plaintiff was exposed to public disgrace, and plaintiff's reputation in the community was greatly and falsely sullied among plaintiff's family, neighbors, and friends and others in the community, some thereby coming to believe, and some still believing, plaintiff to have been guilty of said charges, so that plaintiff has suffered, and still suffers, great pain and anguish of body and spirit thereby, and further, plaintiff, in and about defending said charges and establishing plaintiff's innocence thereof, caused diversion of plaintiff's time and attention from plaintiff's affairs.
The actions of defendants, City of Westmont, City of Claredon Hills, County of Dupage, Dupage Co. State's Attorney Office, and each of them, acting by and through its employee(s), defendants, Patricia Smallwood, Ted Jenkins, Dupage Co. State's Attorney Office, Helen Kapas, were malicious and in wanton disregard of the rights and fellings of plaintiff. Therefore, plaintiff is entitled to punitive damages from said defendants, and each of them.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

??? Damages; ??? Punitive Damages: Special Damages: $250 for Computer Westmont PD seized from plaintiff's ex wife and lost.

Cost of this Action

**VI.** The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __7__, 20__08__

_Brian Perron_ (signature)
(Signature of plaintiff or plaintiffs)

Brian Perron
(Print name)

167203
(I.D. Number)

DPCJ
POB 957
Wheaton, IL 60189
(Address)