

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED

MAY 2 0 2008

**MAY 2 0 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Plaintiff(s): | Defendant(s): |
|---|---|
| BRIAN PERRON | CITY OF WESTMONT, et al. |

| County of Residence: DUPAGE | County of Residence: |
|---|---|
| **Plaintiff's Address:** | **Defendant's Attorney:** |

Brian Perron
#167203
Dupage - DCJ
P.O. Box 957
Wheaton, IL 60187

**Basis
of Jurisdiction:**
☐ 1. U.S. Government Plaintiff      ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant      ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

## 08CV2916
## JUDGE ST.EVE
## MAG.JUDGE ASHMAN

**Origin:** ☑ 1. Original Proceeding      ☐ 5. Transferred From Other District

☐ 2. Removed From State Court      ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court      ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes      ☐ No

**Signature:** M. Burke      **Date:** 5/20/08